Gordon G. May (SBN 167112)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA  92614
Telephone:  (949) 660-1600
Facsimile:  (949) 660-6060
Email:  ggm@ggb-law.com; hpc@ggb-law.com

Attorneys for Defendants ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC.,
T M STANFORD LLC and VGT PROPERTIES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ULTRA IMPORTS AUTO PARTS; T & C DEVELOPMENT INC.; T M STANFORD LLC; VGT PROPERTIES, LLC and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.  5:20-cv-02403-JGB-SP<br><br>Judge Jesus G. Bernal<br>Dept. 1<br><br>Complaint Filed:  November 18, 2020<br>Trial Date:  None Set<br><br>**ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA AND DEMAND FOR JURY TRIAL** |

Defendants  ULTRA  IMPORTS  AUTO  PARTS,  T  &  C  DEVELOPMENT  INC.,  T  M STANFORD LLC and VGT PROPERTIES, LLC ("Answering Defendants") answer the Complaint of Plaintiff BRYAN ESTRADA ("Plaintiff") filed herein as follows:

1.     As for Paragraph 1, Answering Defendants deny disability discrimination and deny violation of the Americans with Disabilities Act [42 U.S.C. § 12101, et seq.] or the Unruh Civil Rights Act [California Civil Code § 51, et seq.].

2.     As for Paragraph 2, Answering Defendants deny disability discrimination, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 2, and on

1

1   that basis deny such allegations.

2        3.      As for Paragraph 3, Answering Defendants deny disability discrimination or violation of

3   ADA 42 U.S.C. §§ 12182(a), 12182(b)(2)(A)(iv) and 12182(b)(2)(A)(v).

4        4.      As for Paragraph 4, Answering Defendants deny failing to make reasonable

5   modifications or accommodations to individuals with disabilities, and deny violation of the ADA [42

6   U.S.C. § 12182(b)(2)(A)(ii)].

7        5.      As for Paragraph 5, Answering Defendants admit Defendant Ultra Imports Auto Parts is

8   a former tenant at the Subject Property and deny the remainder of the allegations of Paragraph 5.

9        6.      As for Paragraph 6, Answering Defendants admit Defendant T & C Development Inc. is

10  an owner in co-tenancy of the Subject Property and deny the remainder of the allegations of Paragraph

11  6.

12       7.      As for Paragraph 7, Answering Defendants admit Defendant T M Stanford LLC is an

13  owner in co-tenancy of the Subject Property and deny the remainder of the allegations of Paragraph 7.

14       8.      As for Paragraph 8, Answering Defendants admit Defendant VGT Properties, LLC is an

15  owner in co-tenancy of the Subject Property and deny the remainder of the allegations of Paragraph 8.

16       9.      As for Paragraph 9, Answering Defendants admit that the Subject Property is a

17  commercial facility and is a business establishment.  Answering Defendants deny causing any harm to

18  Plaintiff.  Answering Defendants lack sufficient information or belief to admit or deny the remainder of

19  the allegations of Paragraph 9, and on that basis deny such allegations.

20       10.     As for Paragraph 10, Answering Defendants admit that this Court has jurisdiction over

21  this lawsuit and deny the remainder of the allegations of Paragraph 10.

22       11.     As for Paragraph 11, Answering Defendants admit that this Court has supplemental

23  jurisdiction over this lawsuit and deny the remainder of the allegations of Paragraph 11.

24       12.     As for Paragraph 12, Answering Defendants admit that the venue of this lawsuit is

25  proper in this Court and deny the remainder of the allegations of Paragraph 12.

26       13.     As for Paragraph 13, Answering Defendants deny disability discrimination or failure to

27  provide ready access, and lack sufficient information or belief to admit or deny the remainder of the

28  allegations of Paragraph 13, and on that basis deny such allegations.

14.     Answering Defendants deny disability discrimination, and deny the Subject Property does not comply with the minimum requirements of the ADA.

15.     Answering Defendants deny disability discrimination, deny the Subject Property is not in compliance with the ADA, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 15, and on that basis deny such allegations.

16.     Answering Defendants deny disability discrimination, violations of law or barriers to access, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 16, and on that basis deny such allegations.

17.     Answering Defendants deny disability discrimination, violations of law or barriers to access, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 17, and on that basis deny such allegations.

18.     Answering Defendants deny disability discrimination, violations of law or barriers to access, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 18, and on that basis deny such allegations.

19.     As for Paragraph 19, Answering Defendants deny violations of the Americans with Disabilities Act, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 19, and on that basis deny such allegations.

20.     As for Paragraph 20, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 20, and on that basis deny such allegations.

21.     As for Paragraph 21, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 21, and on that basis deny such allegations.

22.     As for Paragraph 22, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 22, and on that basis deny such allegations.

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

23.     As for Paragraph 23, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 23, and on that basis deny such allegations.

24.     As for Paragraph 24, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 24, and on that basis deny such allegations.

25.     As for Paragraph 25, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 25, and on that basis deny such allegations.

26.     As for Paragraph 26, which realleges and incorporates all the allegations from all the prior Paragraphs without adding additional allegations, please refer to Answering Defendants' responses to each such Paragraph.

27.     As for Paragraph 27, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 27, and on that basis deny such allegations.

28.     As for Paragraph 28, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 28, and on that basis deny such allegations.

29.     As for Paragraph 29, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 29, and on that basis deny such allegations.

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

30.     As for Paragraph 30, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 30, and on that basis deny such allegations.

31.     As for Paragraph 31, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 31, and on that basis deny such allegations.

32.     As for Paragraph 32, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 32, and on that basis deny such allegations.

33.     As for Paragraph 33, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 33, and on that basis deny such allegations.

34.     As for Paragraph 34, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 34, and on that basis deny such allegations.

35.     As for Paragraph 35, which realleges and incorporates all the allegations from all the prior Paragraphs without adding additional allegations, please refer to Answering Defendants' responses to each such Paragraph.

36.     As for Paragraph 36, Answering Defendants deny disability discrimination or violation of the Unruh Act.

37.     As for Paragraph 37, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

37, and on that basis deny such allegations.

38.     As for Paragraph 21, Answering Defendants deny disability discrimination, deny ADA violations or barriers to access, deny knowing, willful or intentional conduct in violation of any law, and lack sufficient information or belief to admit or deny the remainder of the allegations of Paragraph 21, and on that basis deny such allegations.

## PLAINTIFF'S PRAYER FOR RELIEF

Answering Defendants deny that Plaintiff has suffered any damage as a result of any act or omission of Answering Defendants and deny Plaintiff is entitled to any of the relief sought in Plaintiff's Prayer for Relief as it pertains to Answering Defendants.

AS   SEPARATE   AND   AFFIRMATIVE   DEFENSES   AND   OBJECTIONS   TO   THE COMPLAINT, Answering Defendants further allege:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1.     Answering Defendants are informed and believe, and on that basis allege, Plaintiff's Complaint and each purported cause of action set forth therein fails to state a claim upon which relief may be granted against this Answering Defendants.

## SECOND AFFIRMATIVE DEFENSE

(Statute of Limitations)

2.     Answering Defendants are informed and believe, and on that basis allege, that the Complaint, in its entirety, and each purported cause of action therein, is barred by the applicable statute of limitations, including but not limited to, California Code of Civil Procedure §§337, 339, 343, and 344.

// //

6

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

### THIRD AFFIRMATIVE DEFENSE

(Laches)

3.     Answering Defendants are informed and believe, and on that basis allege, that the Complaint, in its entirety, and each purported cause of action therein, is barred by the equitable doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

4.     Answering Defendants are informed and believe, and on that basis allege, that Plaintiff is barred from recovery against Answering Defendants on the grounds of Estoppel.

### FIFTH AFFIRMATIVE DEFENSE

(Waiver)

5.     Answering Defendants are informed and believe, and on that basis allege, that Plaintiff is barred from recovery against this Answering Defendants by virtue of the Doctrine of Waiver.

### SIXTH AFFIRMATIVE DEFENSE

(Unclean Hands)

6.     Answering Defendants are informed and believe, and on that basis allege, that Plaintiff is barred from recovery against this Answering Defendants by virtue of the Doctrine of Unclean Hands.

### SEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

7.     Answering Defendants are informed and believe, and on that basis allege, that Plaintiff failed to mitigate Plaintiff's alleged damages.

// //

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC.,
T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

**EIGHTH AFFIRMATIVE DEFENSE**

(Assumption of Risk)

8.     Answering Defendants are informed and believe, and on that basis allege, that at or about the time, date and place mentioned in the complaint, if any risk was attendant upon the activities of Plaintiff, which this Answering Defendants deny, then Plaintiff full well knew of such risk and voluntarily and without compulsion or coercion encountered such risk.

**NINTH AFFIRMATIVE DEFENSE**

(Comparative Fault)

9.     Answering Defendants are informed and believe, and on that basis allege, Plaintiff's damages, if any, are due, in whole or in part, to the proximate contributory and comparative fault of Plaintiff, and that any liability of these Answering Defendants, which liability is specifically denied, should be reduced and/or barred in proportion to that fault.

**TENTH AFFIRMATIVE DEFENSE**

(Fault of Plaintiff)

10.     Answering Defendants are informed and believe, and on that basis allege, that the injuries complained of in the Complaint (if any) were caused, directly and proximately by the negligence, carelessness, direct and deliberate acts, and/or fault of Plaintiff.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Fault of Third Parties)

11.     Answering Defendants are informed and believe, and on that basis allege, that if Plaintiff suffered any damages, which Answering Defendants deny, then third persons were negligent and/or otherwise at fault in and about the matters alleged in the Complaint and that said negligence and/or wrongful conduct on the part of said persons caused and/or contributed to Plaintiff's damages, if any. As such, any damages awarded to Plaintiff, if any, shall be recoverable from such third persons in direct proportion to their respective degree of fault.

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

## TWELFTH AFFIRMATIVE DEFENSE

(Lack of Damages)

12.     Answering Defendants are informed and believe, and on that basis allege, Plaintiff has not suffered any actual damages as a result of any acts or omissions of Answering Defendants or their agents or employees, and therefore, Plaintiff is barred from asserting any cause of action against Answering Defendants or collecting damages from Answering Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

13.     Answering Defendants are informed and believe, and on that basis allege, that each and every claim and cause of action asserted against Answering Defendants are barred, in whole or in part, because it would result in unjust enrichment to Plaintiff.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Maximum Extent Feasible)

14.     Answering Defendants are informed and believe, and on that basis allege, that any and all alterations, if any, were made to ensure that the facility would be readily accessible to the maximum extent feasible.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Alternative Methods)

15.     Answering Defendants are informed and believe, and on that basis allege, that Answering Defendants have accommodated Plaintiff's disability via alternative methods.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Not Readily Achievable)

16.     Answering Defendants are informed and believe, and on that basis allege, that removal of architectural barriers, if any, is not easily accomplishable and/or able to be carried out without much

9

1   difficulty and expense.

2

3                    **SEVENTEENTH AFFIRMATIVE DEFENSE**

4                         (Dimensional Tolerances)

5          17.    Answering Defendants are informed and believe, and on that basis allege, that Plaintiff's

6   alleged violations are based on minor deviations from the dimensional requirements, as all dimensions

7   are subject to conventional building tolerances for field conditions.  The features subject to this defense

8   include the features that Plaintiff alleges do not meet dimensional requirements.

9

10                   **EIGHTEENTH AFFIRMATIVE DEFENSE**

11                        (Legitimate Business Purposes)

12         18.    Answering Defendants are informed and believe, and on that basis allege, that its acts and

13  omissions, if any, were done in good faith and pursuant to reasonable business justifications and do not

14  constitute intentional acts or omissions resulting in discrimination against disabled persons.

15

16                   **NINETEENTH AFFIRMATIVE DEFENSE**

17                              (Mootness)

18         19.    Answering Defendants are informed and believe, and on that basis allege, that certain of

19  Plaintiff's claims are barred by the doctrine of mootness because barriers alleged by Plaintiff, if there

20  were any, have been remediated and/or removed.

21

22                    **TWENTIETH AFFIRMATIVE DEFENSE**

23                          (Disproportionate Cost)

24         20.    Answering Defendants are informed and believe, and on that basis allege, that the cost and

25  scope of any and all alterations, if any, would be disproportionate to the cost of the Premises.

26

27

28  // //

                                        10

---

ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC.,
T M STANFORD LLC, AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA

## TWENTY FIRST AFFIRMATIVE DEFENSE

### (Other Affirmative Defenses)

21.     Answering Defendants are informed and believe, and on that basis allege, Answering Defendants may have other separate and additional defenses of which it is not presently aware, and hereby reserves the right to assert them by amendment to this Answer as discovery continues.

## DEMAND FOR JURY TRIAL

Answering Defendants hereby request that this action be tried by a jury.

WHEREFORE, Answering Defendants pray judgment against Plaintiff as follows:

1.     That Plaintiff take nothing by way of its Complaint and that all claims asserted therein against Answering Defendants be dismissed with prejudice;

2.     That Answering Defendants be awarded its costs of suit herein according to proof, including such attorneys' fees as may be awardable by case or statutory authorities; and

3.     For such other and further relief as the Court may deem just and proper.   Answering Defendants further demands trial by jury of all issues so triable.

DATED:  January 14, 2021                    GRANT, GENOVESE & BARATTA, LLP


By: _____
      Gordon G. May
Attorneys for Defendants ULTRA IMPORTS AUTO
PARTS, T & C DEVELOPMENT INC., T M
STANFORD LLC and VGT PROPERTIES, LLC

11

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine, CA 92614.

On January 14, 2021, I served the foregoing document described as **ANSWER OF DEFENDANTS ULTRA IMPORTS AUTO PARTS, T & C DEVELOPMENT INC., T M STANFORD LLC AND VGT PROPERTIES, LLC TO COMPLAINT OF BRYAN ESTRADA AND DEMAND FOR JURY TRIAL** on the following person(s) in the manner indicated:

Ross Cornell, Esq.                             Attorneys for Plaintiff
LAW OFFICES OF ROSS CORNELL, APC     BRYAN ESTRADA
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Tel.: (562) 612-1708
Fax: (562) 394-9556
Email: rc@rosscornelllaw.com

[ ]   (BY MAIL)  I am familiar with the practice of Grant, Genovese & Baratta, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Grant, Genovese & Baratta, LLP, Irvine, California, following ordinary business practices.

[ X ]   (BY ELECTRONIC SERVICE)  By electronically mailing a true and correct copy through electronic mail system and on this date, I transmitted electronically, the document described above along with a copy of this declaration to the persons listed above at their respective email addresses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 14, 2021, at Irvine, California.

_____

Helena Coyle